

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2021

No. 04-21-00552-CV

**IN RE** Christine **HORTICK**

# O R D E R

On December 15, 2021, Relator Christine Hortick filed an emergency petition for a writ of mandamus.

On December 16, 2021, Relator filed an emergency motion to stay the certification to the Secretary of State for the ballot in the election for the 225th Judicial District Court of Bexar County.

Relator's request for a stay is GRANTED. We ORDER Respondent Monica Alcantara, Bexar County Democratic Party Chairwoman, to not certify the name of Shannon Roberta Salmón for the ballot for the 225th Judicial District Court of Bexar County pending further order of this court.

Respondent and Real Party in Interest may file a response by 12:00 p.m., December 17, 2021. Any response must comply with Rule 52.4.

It is so **ORDERED** December 16, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT